# EXHIBIT A

| IMPORTANT INFORMATION: READ IMMEDIATELY |

# Do You Get Paternity Questions?
## We Have The Answers.

### Most Common Requests for Testing:

- **Prenatal Paternity Testing**
  Only a blood collection from the mom after 8th week: non-invasive

- **Legal Paternity**
  For child support, amending birth certificate, and other legal needs

- **Home Paternity**
  A simple, discreet home paternity test can provide peace of mind

### Most Accredited Laboratory:

     

# 1-800-DNA-CENTER
### (1-800-362-2368)

Consultations are always **FREE** | 2,500 U.S. Collection Centers



**To request brochures in English & Spanish:**
contact@dnacenter.com

If you no longer wish to receive faxes from DDC, please email your fax number to contact@dnacenter.com or call 1-877-241-6512. We will honor opt-out requests within 30 days.