# EXHIBIT B

| Free Educational Brochures Offer |

# DNA Diagnostics Center

## What We Offer
- Paternity Testing (Peace of Mind or Legal)
- Prenatal Paternity Testing
- All Family Relationship Testing
- Immigration DNA Testing

## Getting Questions about Paternity Testing? *We can help!*

DDC® provides **FREE** informational brochures as well as confidential phone consultations to those who need answers.

**Non-Invasive Prenatal Paternity Testing** requires the most education since many don't know this testing is available and how it's performed—DDC's friendly experts are always ready and happy to answer questions at **1-800-DNA-CENTER.**

## Order Brochures Online

DDC makes paternity information available FREE by email, phone, and fax. **You can also order via online form, right from our website.**

Visit https://dnacenter.com/DDC-brochures/

To order right now by fax, fill out this form and return it to us at: 1-800-825-3084.

If you no longer wish to receive faxes from DDC®, please email your fax number to: info@dnacenter.com, call 1-877-241-6512, or fax 1-800-825-3084. We will honor opt-out requests within 30 days.

### Request Free Brochures:

Name: _____

Address: _____

City: _____

State: _____

Zip Code: _____

Phone: _____

Email: _____

**Requested Brochure(s):**

Qty: ___ **Paternity Testing** (English, single)

Qty: ___ **Paternity Testing** (Spanish, single)

Qty: ___ **Paternity Testing** (English, tear off pad, 75 brochures per pad)

Qty: ___ **Prenatal Non-Invasive Paternity** (English, single)

Qty: ___ **Immigration DNA Testing** (English, single)



# 1-800-DNA-CENTER
(1-800-362-2368)