UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Advantage Healthcare, Ltd.
  Plaintiff,

v.   Case No.: 1:17−cv−09001
  Honorable Sharon Johnson Coleman

DNA Diagnostics Center, Inc.
  Defendant.

**NOTICE OF MANDATORY INITIAL DISCOVERY**

The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in the attached Notice which includes the (MIDP) Standing Order. Also attached is a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the attached documents (Notice to Parties and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third−Party Complaint is served.