## AFFIDAVIT OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case No.: 17 CV 9001

Plaintiff: Advantage Healthcare, Ltd., an Illinois corporation, individually and as the representatives of a class of similarly-situated persons
vs.
Defendant: DNA Diagnostics Center, Inc.

I, Erika Cremeans, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of Ohio.

Type of Process: Summons in a Civil Case, Class Action Complaint with Exhibits A-C, Civil Cover Sheet, Attorney Appearance Form, Motion for Class Certification, Standing Order and Notice of Mandatory Initial Discovery with Checklist

Defendant to be served: DNA Diagnostics Center, Inc., c/o Corporation Service Company

Address where attempted or served: 50 West Broad Street, Suite 1330, Columbus, OH 43215

On 12/19/17 at 11:05AM I ☒ Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with Deanna Schausel
(Title) Legal Dept, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2017.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

Description of person process was left with:
Sex: F  Race: W  Hair: Brown  Approx. Age: 40  Height: 5'8  Weight: 150

Comments:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of Ohio
County of Franklin

x _Erika Cremeans_
Erika M. Cremeans
(Print Name)

Subscribed and Sworn to before me on this 19th day of December, 2017

Signature of Notary Public

Job: 410536
File:

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 8-14-19