# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ADVANTAGE HEALTHCARE, LTD., an Illinois corporation, individually and as the representative of a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>DNA DIAGNOSTICS CENTER, INC.<br><br>*Defendant*. | Case No. 17-cv-9001<br><br>Hon. Judge Sharon Johnson Coleman |

## DNA DIAGNOSTICS CENTER, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

DNA Diagnostics Center, Inc. ("DDC"), by and through undersigned counsel, and for its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, respectfully states as follows:

1. On December 14, 2017, Plaintiff filed this action. (DE 1.)

2. Defendant DDC was served with the Summons, Complaint, and other case initiating documents on December 19, 2017. (DE 5.)

3. Pursuant to Fed. R. Civ. P. 12(a), DDC's deadline to answer or otherwise respond to the Complaint is January 9, 2018.

4. DDC recently retained undersigned counsel to represent them in this litigation.

5. Counsel for DDC are reviewing the Complaint and conducting an investigation into the allegations and need additional time to complete their investigation and prepare the responsive pleading.

6. On January 3, 2018, counsel for DDC contacted counsel for Plaintiff and requested a twenty-one (21) day extension to respond to the Complaint, up to and including January 30, 2018.

7. Plaintiff's counsel stated that they have no objection to DDC's request for additional time to respond.

8. This is DDC's first request for an extension of time to respond to the Complaint, and it is not being made for purposes of delay or any other improper reason. This extension will impact Mandatory Initial Discovery Pilot Project dates.

WHEREFORE, Defendant DNA Diagnostics Center, Inc. respectfully requests this Honorable Court to enter an order (i) extending the deadline by which it must respond to Plaintiff's Complaint to and including January 30, 2018 and (ii) granting all such other relief it deems equitable and just.

DATED: January 4, 2017

Respectfully submitted,

/s/ David S. Almeida

David S. Almeida, Esq.
dalmeida@beneschlaw.com
Courtney C. Booth, Esq.
cbooth@beneschlaw.com
Mark S. Eisen, Esq.
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing **DNA DIAGNOSTICS CENTER, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served upon all interested parties using this Court's ECF filing system this 4th day of January, 2018.

                              /s/   David S. Almeida