# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ADVANTAGE HEALTHCARE, LTD., an Illinois corporation, individually and as the representative of a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>DNA DIAGNOSTICS CENTER, INC.<br><br>*Defendant*. | Case No. 17-cv-9001<br><br>Hon. Judge Sharon Johnson Coleman |

## **NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on Tuesday, January 9, 2018 at 8:45 a.m., the undersigned will appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead in Courtroom 1425 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present DNA Diagnostics Center, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

Dated: January 4, 2018

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By:  /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Courtney C. Booth
cbooth@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF MOTION** was served upon all interested parties using this Court's ECF filing system this 4th day of January, 2018.

/s/ David S. Almeida