UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Advantage Healthcare, Ltd.
                                Plaintiff,

v.                                                     Case No.: 1:17−cv−09001
                                                          Honorable Sharon Johnson Coleman

DNA Diagnostics Center, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 9, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/9/2018. Defendant's unopposed motion for extension of time to respond to complaint [6] is granted. Answer to complaint to be filed by 1/30/2018. MIDP disclosures to be completed by 3/1/2018. Status hearing set for 3/9/2018 at 09:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.